Jeffrey A. PLEASANT, Petitioner—
Appellant,

v.

Page TRUE, Respondent—Appellee.

No. 05–6809.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

Jeffrey A. Pleasant, Appellant pro se.
Amy L. Marshall, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before WIDENER, WILLIAMS, and
MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jeffrey A. Pleasant seeks to appeal the
magistrate judge's * order denying relief
on his 28 U.S.C. § 2254 (2000) petition and
denying his motion for discovery. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies

---

* The parties consented to proceed before a
magistrate judge pursuant to 28 U.S.C.

this standard by demonstrating that rea-
sonable jurists would find both that the
district court's assessment of the constitu-
tional claims is debatable or wrong and
that any dispositive procedural rulings by
the district court are also debatable or
wrong. *Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that Pleas-
ant has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*